# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CLAWSON CUSTOM CUES, INC.,**

       **Plaintiff,**

**v.**                                                    **Case No. 06-C-1326**

**MCDERMOTT CUE MANUFACTURING, INC.,**

       **Defendant.**

# DECISION AND ORDER

This matter has been stayed since late July of this year, while the parties worked towards a settlement of their dispute. They have submitted for consideration by the Court a proposed "order and judgment on consent."

As reflected by paragraphs eight and ten of that document, the parties want the Court to retain jurisdiction for purposes of enforcing the order and judgment on consent **and** to dismiss the action with prejudice. The combination of the two is troublesome and is something that the Court cannot do. *See Dupuy v. McEwen*, 495 F.3d 807, 809 (7th Cir. 2007). Therefore, the Court will not execute the proposed "order and judgment on consent," in its present form. *Shapo v. Engle*, 463 F.3d 641, 643 (7th Cir. 2006), may provide guidance for the revision of the "order and judgment on consent" to achieve the objectives of the parties in a permissible manner.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

If the parties intend the Court to execute an order and judgment on consent, they **SHALL** revise and resubmit an order and judgment on consent consistent with this Decision and Order.

Dated at Milwaukee, Wisconsin this  30th  day of October, 2007.

> **BY THE COURT**
>
>  s/ Rudolph T. Randa
> **Hon. Rudolph T. Randa**
> **Chief Judge**